UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Scott N. Rogers

          v.
                                    Civil No. 17-cv-356-JD

New Hampshire, State of


                        O R D E R


    No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K.

Johnstone dated September 15, 2017.  "'[O]nly those issues

fairly raised by the objections to the magistrate's report are

subject to review in the district court and those not preserved

by such objection are precluded on appeal.'"  School Union No.

37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).  Additionally, finding that the

petitioner has failed to make a substantial showing of the

denial of a constitutional right, the court declines to issue a

certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule

11, Rules Governing Habeas Corpus Cases Under Section 2254;

First Cir. LR 22.0.


      SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United Stated District Judge

Date: October 25, 2017

cc:   Scott N. Rogers, pro se